Supreme Court, New York Special Term. Reported. N. Y. L. J.
May 11, 1901.

In the Matter of the Petition of NORMAN PLASS to Revoke the
Liquor Tax Certificate of WILLIAM DALY.

*Scott & Mayham,* for petitioner.

*Page & Eckley,* for respondent.

O'GORMAN, J. The testimony offered by the petitioner is con-
tradictory and is sharply controverted by the witnesses called by
the respondent, many of whom appear to be absolutely disinter-
ested. There are various suspicious circumstances connected
with this prosecution which do not incline me favorably to the
petitioner's case, and, after a careful consideration of all the
evidence, I conclude that the application should be denied, with
costs.